NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FREIGHT TRACKING TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

**v.**

**VIRGINIA INTERNATIONAL TERMINALS, LLC,
NOW SOLUTIONS, INC.,**
*Defendants-Appellees*

---

2015-1920

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 2:13-cv-00708-AWA-DEM, Judge Arenda L. Wright Allen.

---

**JUDGMENT**

---

STEVEN ARTHUR MADDOX, Maddox Edwards, PLLC, Washington, DC, argued for plaintiff-appellant. Also represented by KAVEH SABA; KEVIN PAUL ANDERSON, BRIAN PANDYA, ROBERT JAMES SCHEFFEL, JAMES HAROLD WALLACE, JR., Wiley Rein, LLP, Washington, DC.

CAROLYN CHANG, Fenwick & West, LLP, Mountain View, CA, argued for defendants-appellees. Also repre-

sented by BRIAN EDWIN LAHTI, YIXIN ZHANG, HECTOR JULIAN RIBERA.

─────────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, SCHALL, and TARANTO, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  June 22, 2016  | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |